United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 25-11053-pmm

Punita Verma                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                                            Page 1 of 3

Date Rcvd: Jul 24, 2025                  Form ID: 155                                  Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Punita Verma, 4476 Cottonwood Drive, Nazareth, PA 18064-8678 |
| 14988567 | | Farmers Insurance FCU, PO Box 2723, Torrance, CA 90509-2723 |
| 14988568 | + | Farmers Insurance FCU, 2255 N Ontario St Ste 32, Burbank, CA 91504-3187 |
| 14988575 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103-4774 |
| 14988574 | | People First, PO Box 119, Allentown, PA 18105-0119 |
| 14995954 | + | People First Federal Credit Union, 740 Hamilton St Suite 300, Allentown, PA 18101-2474 |
| 14988583 | + | WFBNA Auto, PO Box 71092, Charlotte, NC 28272-1092 |
| 14988581 | | WebBank/OneMain/Fis, PO Box 31535TA-74, Tampa, FL 33631 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14988559 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 25 2025 00:32:00 | Apple Card - GS Bank USA, Goldman Sachs Bank, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-6112 |
| 14988560 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 25 2025 00:32:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14988561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 00:36:53 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14988562 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 00:35:27 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14988563 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 00:32:00 | Comenity - Victoria's Secret, PO Box 650972, Dallas, TX 75265-0972 |
| 14988564 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 25 2025 00:36:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14988565 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 25 2025 00:33:00 | Dept of Ed/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14988566 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 25 2025 00:33:00 | Dept of Ed/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14997707 | + | Email/Text: lossmitigation@figfcu.org | Jul 25 2025 00:32:00 | Farmers Insurance Federal Credit Union, 2255 N Ontario Street, Suite 320, Burbank, CA 91504-3191 |
| 15006497 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 25 2025 00:33:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 15005323 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2025 00:36:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14988569 | + | Email/PDF: cbp@omf.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Jul 24, 2025 | Form ID: 155 | Total Noticed: 36

|  |  | Jul 25 2025 00:36:57 | OneMain, PO Box 70912, Charlotte, NC 28272-0912 |
| 14988570 | Email/PDF: cbp@omf.com | Jul 25 2025 00:35:32 | OneMain Financial, PO Box 981037, Boston, MA 02298-1037 |
| 14991635 | ^ MEBN | Jul 25 2025 00:26:52 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15011309 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2025 00:36:05 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14988573 | Email/PDF: ebnotices@pnmac.com | Jul 25 2025 01:06:15 | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 950002, Fort Worth, TX 76155-9802 |
| 14988571 | Email/PDF: ebnotices@pnmac.com | Jul 25 2025 00:36:51 | PennyMac Loan Services, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14988572 | + Email/PDF: ebnotices@pnmac.com | Jul 25 2025 00:35:27 | PennyMac Loan Services, 6101 Condor Drive Ste 200, Moorpark, CA 93021-2602 |
| 15011391 | + Email/PDF: ebnotices@pnmac.com | Jul 25 2025 00:35:35 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15009405 | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2025 00:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14988577 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 00:49:27 | SYNCB/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14988576 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 00:36:54 | SYNCB/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 14988578 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 00:36:52 | SYNCB/TJX Co, PO Box 71737, Philadelphia, PA 19176-1737 |
| 14988580 | Email/Text: bncmail@w-legal.com | Jul 25 2025 00:32:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14988579 | Email/Text: bncmail@w-legal.com | Jul 25 2025 00:32:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14993601 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 25 2025 00:33:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1904 |
| 14988582 | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 25 2025 00:50:01 | Wells Fargo Auto, PO Box 17900, Denver, CO 80217-0900 |
| 14998112 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 25 2025 00:48:54 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Debtor Punita Verma vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
|     Punita Verma | ) | Case No. 25−11053−pmm |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 24, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court