Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 25-11053-PMM**

Punita Verma  
4476 Cottonwood Drive  
Nazareth  PA    18064

Petition Filed Date: 03/18/2025  
341 Hearing Date: 04/15/2025  
Confirmation Date: 07/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2025 | $390.00 |  | 05/05/2025 | $390.00 |  | 06/03/2025 | $390.00 |  |
| 07/07/2025 | $390.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period:  $1,560.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,725.00 | $1,842.75 | $2,882.25 |
| 1 | ONEMAIN FINANCIAL GROUP LLC »» 001 | Unsecured Creditors | $4,390.26 | $0.00 | $4,390.26 |
| 2 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $5,089.99 | $0.00 | $5,089.99 |
| 3 | PEOPLE FIRST FEDERAL CREDIT UNION »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FARMERS INSURANCE FEDERAL CREDIT UNION »» 004 | Unsecured Creditors | $21,399.96 | $0.00 | $21,399.96 |
| 5 | WELLS FARGO AUTO »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,366.92 | $0.00 | $1,366.92 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $4,486.31 | $0.00 | $4,486.31 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $771.06 | $0.00 | $771.06 |
| 9 | QUANTUM3 GROUP LLC »» 009 | Unsecured Creditors | $89.65 | $0.00 | $89.65 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,608.89 | $0.00 | $1,608.89 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $3,045.45 | $0.00 | $3,045.45 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $10,727.48 | $0.00 | $10,727.48 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $6,062.54 | $0.00 | $6,062.54 |
| 14 | PENNYMAC  LOAN SERVICES LLC »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11053-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,950.00 | Current Monthly Payment: | $390.00 |
| Paid to Claims: | $1,842.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $107.25 | Total Plan Base: | $14,040.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.