Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Punita Verma
4476 Cottonwood Drive
Nazareth, PA 18064

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-11053-PMM**

Petition Filed Date: 03/18/2025
341 Hearing Date: 04/15/2025
Confirmation Date: 07/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $390.00 | | 09/04/2025 | $390.00 | | 10/06/2025 | $390.00 | |
| 11/03/2025 | $390.00 | | 12/08/2025 | $390.00 | | 01/06/2026 | $390.00 | |
| 02/03/2026 | $390.00 | | 03/06/2026 | $390.00 | | 04/03/2026 | $390.00 | |
| 05/04/2026 | $390.00 | | 06/03/2026 | $390.00 | | 07/06/2026 | $390.00 | |

**Total Receipts for the Period: $4,680.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,630.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC<br>»» 001 | Unsecured Creditors | $4,390.26 | $107.53 | $4,282.73 |
| 2 | US DEPARTMENT OF EDUCATION<br>»» 002 | Unsecured Creditors | $5,089.99 | $124.66 | $4,965.33 |
| 3 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FARMERS INSURANCE FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $21,399.96 | $524.13 | $20,875.83 |
| 5 | WELLS FARGO AUTO<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,366.92 | $33.46 | $1,333.46 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $4,486.31 | $109.86 | $4,376.45 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $771.06 | $18.88 | $752.18 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $89.65 | $0.00 | $89.65 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,608.89 | $39.41 | $1,569.48 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $3,045.45 | $74.59 | $2,970.86 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $10,727.48 | $262.75 | $10,464.73 |

**Chapter 13 Case No. 25-11053-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $6,062.54 | $148.48 | $5,914.06 |
| 14 | PENNYMAC LOAN SERVICES LLC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,630.00 | Current Monthly Payment: | $390.00 |
| Paid to Claims: | $6,168.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $459.03 | Total Plan Base: | $14,040.00 |
| Funds on Hand: | $2.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.